COMMONWEALTH *vs.* ROBERT SOWELL. May 7, 1992. *Practice, Criminal*, Execution of sentence.

The sole issue on this appeal is whether a single justice of this court committed reversible error in denying the defendant's motion for stay of execution of sentence pending appeal of the denial of his motion for a new trial.

Our review is limited to errors of law including abuse of discretion. *Commonwealth* v. *Allen*, 378 Mass. 489, 498 (1979). There was no error.

*Judgment affirmed.*

The case was submitted on briefs.

*Newman Flanagan*, District Attorney, &' *Jane A. Sullivan*, Assistant District Attorney, for the Commonwealth.

The defendant pro se.